UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA L.R.,

                    Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY.,

                    Defendant.

25 CIVIL 3700 (SDA)

**<u>JUDGMENT</u>**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons

stated in the Court's Opinion and Order dated July 2, 2026, Plaintiff's motion (ECF No. 10) is

DENIED and the decision of the Commissioner is AFFIRMED; accordingly, the case is closed.

**Dated:**    New York, New York
          July 2, 2026

                              **TAMMI M. HELLWIG**
                              **Clerk of Court**

**BY:**

                              **Deputy Clerk**